**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

BETTY VERRECCHIA,

       Plaintiff,

   v.

HEI HOTELS AND RESORTS LLC, and
MERRITT HOSPITALITY LLC,

       Defendants.

Civil Action No. 1:26-cv-11814

## NOTICE OF APPEARANCE

Kindly enter the appearance of Christopher W. Kelleher as counsel for Defendants in connection with the above captioned action. Please note that HEI Hotels and Resorts LLC does not exist as a legal entity capable of being sued. HEI Hotels and Resorts is the tradename for Merritt Hospitality, LLC.

DATED: April 17, 2026

Respectfully submitted,

By: */s/ Christopher W. Kelleher*
    Christopher W. Kelleher (BBO# 705508)
    ckelleher@seyfarth.com
    SEYFARTH SHAW LLP
    Seaport East
    Two Seaport Lane, Suite 1200
    Boston, Massachusetts  02210-2028
    Telephone: (617) 946-4800
    Facsimile:  (617) 946-4801

ATTORNEYS FOR DEFENDANTS

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2026 a true copy of the foregoing document was electronically filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

*/s/ Christopher W. Kelleher*
Christopher W. Kelleher