**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

BETTY VERRECCHIA,

   Plaintiff,

  v.

HEI HOTELS AND RESORTS LLC, and
MERRITT HOSPITALITY LLC,

   Defendants.

Civil Action No. 1:26-cv-11814

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Merritt Hospitality LLC hereby states that it is privately held and there are no publicly held corporations that own ten percent (10%) or more of Merritt Hospitality LLC. HEI Hotels and Resorts LLC does not exist as a legal entity capable of being sued. HEI Hotels and Resorts is the tradename for Merritt Hospitality, LLC.

DATED: April 17, 2026

Respectfully submitted,

By: */s/ Christopher W. Kelleher*

  Christopher W. Kelleher (BBO# 705508)
  ckelleher@seyfarth.com
  SEYFARTH SHAW LLP
  Seaport East
  Two Seaport Lane, Suite 1200
  Boston, Massachusetts  02210-2028
  Telephone: (617) 946-4800
  Facsimile:  (617) 946-4801

ATTORNEYS FOR DEFENDANTS

2

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 17, 2026 a true copy of the foregoing document was electronically filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

*/s/ Christopher W. Kelleher*
Christopher W. Kelleher