# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE

BETTY VERRECCHIA
    Pro Se, Plaintiff,

MAY 28 '26 PM 1:24 USDC MA

V

No. 4:26-cv-11814

HEI HOSPITALITY LLC,
and MERRITT HOSPITALITY LLC.

## Plaintiff Request Entry of Default

The Plaintiff respectfully requests the United States District Court of Massachusetts to enter this Request Entry of Default under Rule 55(a).

Respectfully submitted,

Betty Verrecchia, Pro Se
8 Watatic Pond rd
Ashburnham, Ma 01430
(570)516-9683
bigbet13@aol.com
May 28, 2026

# CERTIFICATE OF SERVICE

I, Betty Verrecchia, hereby certify that on May 28, 2026, a true and accurate copy of the foregoing document was filed at the United States District Court for the district of Massachusetts and paper copies will be sent to the defendants.

Betty Verrecchia