**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| BETTY VERRECCHIA,<br><br>Plaintiff,<br><br>v.<br><br>HEI HOSPITALITY LLC, and MERRITT HOSPITALITY LLC,<br><br>Defendants. | Civil Action No. 4:26-cv-11814-MRG |

## MOTION FOR ADMISSION OF *PRO HAC VICE* OF ATTORNEY ERIC J. JANSON

Pursuant to Local Rule 83.5.3, Defendant moves for the admission and appearance of attorney Eric J. Janson *pro hac vice* in the above-titled action. This motion is supported by the Certification of Eric J. Janson, filed herewith. Attorney Janson is a member of the following courts and bars: Bar of the District of Columbia; State Bar of Maryland; Bar of the Commonwealth of Pennsylvania; United States District Court for the District of Columbia; United States District Court for the District of Maryland; United States District Court for the Eastern District of Pennsylvania; United States District Court for the Southern District of Indiana; U.S. Court of Appeals for the D.C. Circuit; U.S. Court of Appeals for the Third Circuit; U.S. Court of Appeals for the Fourth Circuit.

As set forth in Attorney Janson's declaration, he is admitted and an active member in good standing with all courts and bars of which he is a member, has no disciplinary proceedings pending against him, has not previously had a *pro hac vice* admission or other limited admission to this Court revoked for misconduct, and has read and agrees to comply with the Local Rules of the U.S. District Court for the District of Massachusetts.

325763009v.1

This motion is supported and signed by Christopher W. Kelleher, an active and sponsoring member of the Bar of this Court.

DATED: June 24, 2026                         Respectfully submitted,


                                             /s/Christopher W. Kelleher
                                             Christopher W. Kelleher (BBO# 705508)
                                             ckelleher@seyfarth.com
                                             SEYFARTH SHAW LLP
                                             Seaport East
                                             Two Seaport Lane, Suite 1200
                                             Boston, Massachusetts 02210
                                             Telephone:    (617) 946-4800
                                             Facsimile:    (617) 946-4801

                                             *Attorneys for Defendants*


## LOCAL RULE 7.1(A)(2) CERTIFICATION

I certify that Defendant has complied with the provisions of Local Rule 7.1(a)(2) by conferring with Plaintiff. On June 24, 2026, Plaintiff confirmed she intends to oppose this motion.

                                             /s/ Christopher W. Kelleher
                                             Christopher W. Kelleher

325763009v.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 24, 2026, a copy of the foregoing was filed electronically through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

Betty Verrecchia
8 Watatic Pond Road
Ashburnham, MA 01430
Bigbet13@aol.com

*Pro Se*

*/s/ Christopher W. Kelleher*
Christopher W. Kelleher

3