# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE

JUN 25 '26 PM2:27 USDC MA

BETTY VERRECCHIA
    Pro Se, Plaintiff,

V

No. 4:26-cv-11814

HEI HOSPITALITY LLC,
and MERRITT HOSPITALITY LLC.

## PLAINTIFF'S OPPOSITION TO DEFENDANTS MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

Plaintiff notes for the record that Defendant's Motion was filed in direct violation of Local Rule 7.1(a)(2). Defense counsel provided Plaintiff – a pro se litigant fewer than five and a half hours to review, and respond to a complex, Motion to Dismiss before filing a signed certification falsely claiming they conferred in "good faith" see attached Exhibit A Plaintiff's Affidavit .

1.The Plaintiff respectfully followed Rule 8(a)(2). The Plaintiff's complaint included a "short and plain statement" of the claim showing the plaintiff is entitled to relief. The Plaintiff's statements are clear and concise, avoiding unnecessary complexity or excessive detail. The Plaintiff showed enough facts to demonstrate that the Plaintiff is entitled to relief.The Plaintiff ensures the case has a legal basis.

2.The Plaintiff respectfully followed "short and plain statement" doctrine.The Plaintiff"s complaint is not legally deficient because it provides sufficient facts to allow the defendant to understand the claim and prepare a defense. The Plaintiff followed this plausibility standard.

3.The Plaintiff did not fail to identify the legal claims.The Plaintiff's complaint clearly states the legal facts being pursued.

4.The Plaintiff's claims are not vague; they focus on facts to meet the pleading standard under Rule 8(a)(2).

5. The Plaintiff's complaint contains sufficient facts to state a plausible claim for relief. The Plaintiff plans on following Court procedure by releasing Plaintiff's extensive evidence at the discovery stage.

6.Haines v Kerner, 404 U.S. 519 (1972). The Haines standard: The Court notably declared that pro se complaints are held to "less stringent standards than formal pleadings drafted by lawyers". Therefore they should not be dismissed for failure to state a claim "unless it appears beyond a doubt that the Plaintiff can prove no set of facts in support of his claims which would entitle him to relief". This Ruling provides a foundational safeguard in the American Legal System. By ensuring that unrepresented individuals and other filing in Forma pauperis - are not thrown out of court due to poor legal drafting or formating, Haines v Kerner remains a vital mechanism for protecting access to justice.

## CONCLUSION

The Plaintiff respectfully requests this Court deny the defendants Motion to Dismiss Plaintiff's First Amended Complaint with or without prejudice whatever the Court deems just and proper, and grant such further relief as the Court deems just and proper.

Respectfully submitted,

*Betty Verrecchia*

Betty Verrecchia, Pro Se
8 Watatic Pond rd
Ashburnham, Ma 01430
(570)516-9683
bigbet13@aol.com

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I hereby certify pursuant to Local Rule 7.1(a)(2) that on June 23, 2026, Pro se Plaintiff attempted to confer in good faith with the defendant's counsel regarding the issues raised in this motion by email.

*Betty Verrecchia*

Betty Verrecchia

## CERTIFICATE OF SERVICE

I, Betty Verrecchia, hereby certify on June 25,2026, a true and accurate copy of this foregoing document was filed at the United States District Court of the district of Massachusetts and proper copies were sent to the defendants.

*Betty Verrecchia*

Betty Verrecchia