# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE

BETTY VERRECCHIA,

JUN 25 '26 PM 2:27 USDC MA

   ProSe, Plaintiff,

   V.                                                    No. 4:26-cv-11814

HEI HOSPITALITY, and
MERRITT HOSPITALITY LLC,

   Defendants.

## MEMORANDUM OF LAW IN SUPPORT OF THE PLAINTIFF'S OPPOSITION TO DEFENDANTS MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

.

   Betty Verrecchia as a Pro se Litigant respectfully submits this Memorandum Of Law in support of the PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT.

## INTRODUCTION

On June 12, 2026 the Defendants filed a Motion To Dismiss Plaintiff's First Amended Complaint. The Defendant's Motion was filed in direct violation of Local Rule 7.1(a). Defendants counsel provided Plaintiff - a pro se litigant less than five and a half hours to review and respond to a complex, ten count motion before filing a signed certification falsely claiming they conferred in "**good faith**" see attached Exhibit A Plaintiffs Affidavit.

## DEDENDANTS VIOLATION OF RULE 7.1(a)

The Defendant's Motion to Dismiss Plaintiffs First Amended Complaint was filed in direct violation of Local Rule 7.1(a) The Defendant's counsel only provided the Plaintiff less than five and a half hours to review, and respond to the Defendants confer. The Defendants counsel signed a certification falsely claiming they conferred in good faith and filed it in this Court.

## RELEVANT TIMELINE

On June 11, 2026 at 7:10 p.m. the defendant sent the Plaintiff an email stating we intend to file a Motion to dismiss tomorrow.
On June 12, 2026 at approximately 11:00 a.m. Plaintiff turned her computer on and received the Defendant's email.
On June 12, 2026 at 11:46 a.m. the Plaintiff emailed the Defendant requesting Pursuant to Local Rule 7.1 please provide me with the grounds of your motion to dismiss and I will respectfully provide you with my position,
On June 12,2026 at 11:59 a.m. the Defendant's counsel emailed Plaintiff their anticipated grounds for motion to dismiss. Upon receiving this email Plaintiff immediately started to review and draft a response.
On June 12, 2026 at 5:25 p.m. the plaintiff received an email from ECF with notice of Defendant's Motion to Dismiss.

**Furthermore,** this timeline shows violation of Rule 7.1(a). The Defendants counsels violation of Local Rule 7.1(a) , and the Defendants counsel filling a signed certification falsely claiming they conferred in "good faith" constitutes an unwarranted burden on Judicial resources, and forced this Court and the Plaintiff to expend unnessery time and energy. The Defendants violations directly contradict the principals of the Judicial economy and the Just, Speedy, and inexpensive determination of every action under Fed.R.Civ.P.1.

## CONCLUSION

The Plaintiff Respectfully Requests the Court to deny the Defendants Motion to Dismiss Plaintiff's First Amended Complaint with or without prejudice whatever the Court deems proper, and grant such further relief as the Court deems Just and Proper.

Respectfully submitted,

Betty Verrecchia, Pro Se
8 Watatic Pond Rd
Ashburnham, MA 01430
(570)516-3883
bigbet13@aol.com
June 25, 2026

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(A)(2)

Pursuant to Local Rule 7.1(a)(2), I hereby certify that on June 23, 2026, Pro Se Plaintiff attempted to confer with the Defendants counsel regarding the issues raised in this motion by email.

*Betty Verrecchia*

Betty Verrecchia

## CERTIFICATE OF SERVICE

I, Betty Verrecchia , hereby certify on June 25, 2026, a true accurate copy of this foregoing document was filed at the United States District Court of the district of Massachusetts and proper copies were sent to the Defendants.

*Betty Verrecchia*

Betty Verrecchia