FILED IN CLERKS OFFICE

JUL 6 '26 PM 3:06 USDC MA

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS


BETTY VERRECCHIA,


    ProSe, Plaintiff,

                            No. 4:26-cv-11814

    v.


HEI HOSPITALITY LLC, and
MERRITT HOSPITALITY LLC,

    Defendants.


### MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 15(a),  Plaintiff BETTY VERRECCHIA, respectfully moves this Court for leave to file a Second Amended  Complaint to update the counts, and calculation of Damages for Relief. Specifically, Plaintiff seeks to update the Counts, and Damages calculation based on new discovery, and newly discovered official documents from a Massachusetts Government Agency.


In support of this motion, Plaintiff states:


1. Introduction:  This action was originally filed on February 25, 2026. Plaintiff seeks to Amend the Complaint for a second time to correct, update counts, and accurately state the monetary damages owed based on new discovery, and recently discovered, Official Government records.

2. Newly Discovered Evidence: Plaintiff recently discovered official Monetary Determination records from the Commonwealth of Massachusetts. Plaintiff recently discovered State Rules and Laws that significantly impacts counts in her claim.

3. Material Relevance: These newly discovered state records establish a precise historical earning baseline, verified average wage for the years immediately preceding the pandemic, and before Plaintiff's unlawful termination. This data significantly impacts the calculation of the Plaintiff's lost wages and total monetary damages, which were underestimated in prior pleadings; see **Exhibit C** attached to the Second Amended Complaint.

4. Interest of Justice: Under Mass. R. Civ. P. 15(a), leave to amend pleadings "shall be freely given when justice so requires." Amendment is necessary here to ensure the final adjudication of this matter is based on accurate, verifiable financial facts rather than incomplete initial estimates.

5. Relation Back: Under Fed. R. Civ. P. 15(c)(1)(c), this amendment should relate back to the date of the pleading because the Defendant received notice within the period provided by Rule 4(m) .

6. Absence of Prejudice: This motion is made in good faith at an early enough stage in the proceedings that it will not cause undue delay or unfairly prejudice the Defendants, who will have a full and fair opportunity to answer the amended pleading.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court:
   a) Grant this Motion for Leave to File a Second Amended Complaint; and
   b) Order that the attached Second Amended Complaint be accepted for filing ; and
   c) Grant any other relief the Court deems appropriate.

Respectfully submitted,

Betty Verrecchia, Pro Se
8 Watatic pond Rd
Ashburnham, MA 01430
(570) 516-3683
bigbet13@aol.com

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I hereby certify pursuant to Local Rule 7.1(a)(2) that on June 23, & 24, 2026, Pro se Plaintiff attempted to confer in good faith with the defendant's counsel regarding the issues raised in this motion by email. Plaintiff never received the Defendants position.

Betty Verrecchia

## CERTIFICATE OF SERVICE

I, Betty Verrecchia, hereby certify on July 3, 2026, a true and accurate copy of this foregoing document was filed at the United States District Court of the district of Massachusetts and proper copies were sent out to the defendants.

Betty Verrecchia.