# UNITED STATES DISTRICT COURT
### for the
## DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE

JUL 6 '26 PM 3:07 USDC MA

---

**BETTY VERRECCHIA**

*Plaintiff*

v.

**MERRITT HOSPITALITY LLC, ET AL.**

*Defendant*

Civil Action No.:
4:26-CV-11814-MRG

---

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

## HEI Hospitality LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Betty Verrecchia**
**8 Watatic Pond Road**
**Ashburnham, MA 01430**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

/s/ — Sandra Burgos

*Signature of Clerk or Deputy Clerk*



ISSUED ON 2026-05-29 15:10:25, Clerk USDC DMA

Civil Action No.:  **4:26–CV–11814–MRG**

**PROOF OF SERVICE**



**Suffolk County Sheriff's Department** • 132 Portland Street, Boston, MA 02114 • (617) 704-6999

*Suffolk, ss.*

June 24, 2026

I hereby certify and return that on 6/16/2026 at 12:30 PM I served a true and attested copy of the Summons and Verified Complaint in this action in the following manner: To wit, by delivering in hand to Shaihein James, , agent and person in charge at the time of service for HEI Hospitality LLC at 84 State Street Boston, MA 02109 . In this service hereof it was necessary and I actually used a motor vehicle 1 miles.    Administrative Fee ($15.00) Attest/Copies ($5.00) Basic Service Fee (IH) ($30.00) Conveyance ($0.30) Postage and Handling ($1.00) Travel ($5.00) Deputy Expense ($5.00) Total: $61.30

Deputy Sheriff  Rowan Baptiste Jr.

_____
Deputy Sheriff

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :

My fees are $ _____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

_____          _____
            Date                              Server's Signature

                                   _____
                                     Printed name and title

                                   _____
                                       Server's Address

Additional information regarding attempted service, etc: